UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENT MASTRANDREA | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:24-cv-01321-OAW |
| | : | |
| v. | : | |
| | : | |
| ALLY FINANCIAL INC. | : | MARCH 21, 2025 |
| Defendant | : | |
| | : | |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Brent Mastrandrea, through his attorney, and the defendant, Ally Financial Inc., through its attorney, hereby stipulate that the plaintiff's claims shall be dismissed with prejudice and without costs or attorney's fees.

            PLAINTIFF, BRENT MASTRANDREA,

           By: */s/ Daniel S. Blinn*
             Daniel S. Blinn (ct02188)
             dblinn@consumerlawgroup.com
             Consumer Law Group, LLC
             35 Cold Spring Rd. Suite 512
             Rocky Hill, CT  06067
             Tel. (860) 571-0408
             Fax (860) 571-7457

DEFENDANT, ALLY FINANCIAL INC.

By: */s/ Daniel W. Cohen*
    Daniel W. Cohen (ct30267)
    dan.cohen@troutman.com
    Troutman Pepper
    Hamilton Sanders LLP
    875 Third Avenue
    New York, NY 10022
    Tel. (212)704-6000
    Fax (212)704-6288

CERTIFICATION

I hereby certify that on March 21, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

  */s/ Daniel S. Blinn*
Daniel S. Blinn

2